ORDERED.

Dated: October 25, 2018

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MICHAEL R. HOLLAND and  Case No.: 8:17-bk-05511-CPM
MARGRETE U. HOLLAND  Chapter 13
    Debtors.
_____/

**ORDER APPROVING EXPEDITED MOTION
FOR RECONCILIATION AND REMOVAL OF SECURED CLAIM**

THIS CAUSE came for consideration and hearing on October 24, 2018 at 4:30 pm, upon the Expedited Motion for Reconciliation and Removal of Secured Claim (Doc. No. 44) (the "Motion") filed by the Debtors MICHAEL R. HOLLAND and MARGRETE U. HOLLAND (collectively "Debtors") as to a secured claim held by BAHIA DEL MAR CONDOMINIMUS ASSOCIATION NO. 2 OF ST. PETERSBURG, INC. ("Bahia"). The Court, having considered the Motion and the record in this case finds that it is appropriate to grant the Motion. Accordingly, it is

    **ORDERED**:

1. In a prior Joint Stipulation (Doc. No. 30) and Order Approving Joint Stipulation (Doc. No. 31), the parties agreed that Bahia has a secured claim in the amount of $3,628.92 (the "Stipulated Amount") and as such the Debtors are authorized to pay that amount in full from exempt funds. Payment of the Stipulated Amount shall satisfy the prepetition balance of the Debtors as to Bahia's claim and satisfy any lien on Debtors' Homestead Bahia may have.

2. Bahia shall adjust its books and accounts to reflect that the Debtors have a zero-dollar prepetition balance.

3. Bahia shall produce a Satisfaction or similar acceptable document to be recorded in the public records of Pinellas County satisfying the outstanding balance and removing, releasing or satisfying any lien. A certified copy shall be provided to the Debtors and the Chapter 13 Trustee.

4. Bahia shall provide to the Trustee in this case a Notice of Satisfaction, or similar document, to remove the Claim from the Debtors' chapter 13 plan.

Jake C. Blanchard Esquire, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.