UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


In re:

MICHAEL R. HOLLAND and                          Case No. 8:17-bk-05511-CPM
MARGRETE U. HOLLAND                              Chapter 13
         Debtors.
_____/

### CERTIFICATE OF SERVICE


I HEREBY CERTIFY that a true copy of the Order Approving Expedited Motion for

Reconciliation and Removal of Secured Claim (Doc. 46) was provided by the Court's CM/ECF

Noticing System on October 25, 2018, to those parties registered to receive service via the Court's

electronic system; including the Chapter 13 Trustee, the U.S. Trustee.

I HEREBY further certify that on October 26, 2018 that a true and correct copy of the

foregoing has been served via third party mailing service by U.S. Regular Mail to the following

parties appearing on the attached declaration of mailing and mailing matrix.


                                        Respectfully submitted,

                                        *s/ Jake C. Blanchard*
                                        Florida Bar No.: 055438
                                        BLANCHARD LAW, P.A.
                                        1501 Belcher Road South
                                        Unit 2B
                                        Largo, FL 33771
                                        Phone: 727-531-7068
                                        Fax No: 727- 535-2086
                                        Email: jake@jakeblanchardlaw.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

IN RE: MICHAEL R HOLLAND
        MARGRETE U HOLLAND

CASE NO: 8:17-bk-05511-CPM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter:
ECF Docket Reference No. 46

---

On 10/26/2018, a copy of the following documents, described below,

Order Aapproving Expedited Motion for Reconciliation and Removal of Secured Claim (Doc. 46) ECF Docket Reference No. 46

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/26/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jake Blanchard
Blanchard Law, P.A.
1501 Belcher Road South, Unit 2B
Largo, FL  33771

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
113A8
CASE 8-17-BK-05511-CPM
MIDDLE DISTRICT OF FLORIDA
TAMPA
THU OCT 25 17-26-49 EDT 2018

AMERICAN AIRLINES FEDERAL CREDIT UNION
CO CHAD D HECKMAN
PO BOX 12492
TALLAHASSEE FL 32317-2492

BAHIA DEL MAR CONDOMINIUM ASSOCIATION
NO 2
CO RABIN PARKER
28059 US HIGHWAY 19 NORTH
SUITE 301
CLEARWATER FL 33761-2643

CAPITAL ONE AUTO FINANCE CO AIS
PORTFOLIO S
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE AUTO FINANCE A DIVISION OF
CAPI
CO ASCENSION CAPITAL GROUP
PO BOX 165028
IRVING TX 75016-5028

MARGRETE U HOLLAND
6295 BAHIA DEL MAR CIRCLE
106
SAINT PETERSBURG FL 33715-2301

DEBTOR

MICHAEL R HOLLAND
6295 BAHIA DEL MAR CIRCLE
106
SAINT PETERSBURG FL 33715-2301

JPMORGAN CHASE BANK NATIONAL
ASSOCIATION
SHAPIRO FISHMAN  GACHE LLP
CO ELIZABETH ECKHART
4630 WOODLAND CORP BLVD STE 100
TAMPA FL 33614-2429

TRACI K STEVENSON
PO BOX 86690
MADEIRA BEACH FL 33738-6690

AMERICAN AIRLINES FCU
PO BOX 619001
MD 2100
DFW AIRPORT TX 75261-9001

AMERICAN AIRLINES FEDERAL CU
ATTN PCR GLORIDA BORDEN
4151 AMON CARTER BLVD
FORT WORTH TX 76155-2601

AMERICAN AIRLINES FEDERAL CU
CO HECKMAN LAW GROUP
PO BOX 12492
TALLAHASSEE FL 32317-2492

AR RESOURCES INC
BANKRUPTCY
PO BOX 1056
BLUE BELL PA 19422-0287

BAHIA DEL MAR CONDOMINIUM
ASSOCIAT NO 2 OF
ST PETERSBURG INC
28059 US 18 N SUITE 301
CLEARWATER FL 33761

CAPITAL ONE AUTO FINANCE
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE AUTO FINANCE
ATTN GENERAL CORRESPONDENCE
BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE AUTO FINANCE
PO BOX 60511
CITY OF INDUSTRY CA 91716-0511

CAPITAL ONE AUTO FINANCE CO ASCENSION
CAPI
PO BOX 201347
ARLINGTON TX 76006-1347

CHASE MTG
PO BOX 24696
COLUMBUS OH 43224-0696

DAMICO  BRUNO PC
615 JEFFERSON BLVD
SUITE A204
WARWICK RI 02886-1361

DAIMLER TRUST
CO BK SERVICING LLC
PO BOX 131265
ROSEVILLE MN 55113-0011

DEPARTMENT OF REVENUE
PO BOX 6668
TALLAHASSEE FL 32314-6668

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JP MORGAN CHASE BANK NA
PO BOX 182613
COLUMBUS OH 43218-2613

JPMORGAN CHASE BANK NATIONAL
ASSOCIATION
CHASE RECORDS CENTER
ATTN- CORRESPONDENCE MAIL
MAIL CODE LA4-5555
700 KANSAS LANE
MONROE LA 71203-4774

MERCEDES BENZ FINANCIAL
PO BOX 685
ROANOLE TX 76262-0685

NATIONAL GRIDNARRAGANSETT
CO NATIONAL RECOVERY AGENCY
PO BOX 67015
HARRISBURG PA 17106-7015

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NATIONAL GRIDNARRAGANSETT
CO NATIONAL REVCOVER AGENCY
2491 PAXTON STREET
HARRISBURG PA 17111-1036

OFFICE DEPOT
CO TELECHECK TRS RECOVERY
SERVICES
PO BOX 60022
CITY OF INDUSTRY CA 91716-0022

OFFICE DEPOT 112
CO TELECHECK TRS RECOVERY
SERVICES
14141 SW FREEWAY
SUGAR LAND TX 77478-3493

PEOPLES UNITED BANK NA
PO BOX 205
BRATTLEBORO VT 05302-0205

PEOPLES UNTD
850 MAIN ST
BRIDGEPORT CT 06604-4904

PIRATE COVE MARINA INC
109 POINT ROAD
PORTSMOUTH RI 02871-4914

SERVPRO OF CEN ST PETERSBURG
CO BAKER  ASSOCIATES
20501 KATY FREEWAY
STE 212
HOUSTON TX 77450-1942

USAA SAVINGS BANK
C O WEINSTEIN  RILEY PS
2001 WESTERN AVENUE STE 400
SEATTLE WA 98121-3132

USAA SAVINGS BANK
10750 MCDERMOTT FREEWAY
SAN ANTONIO TX 78288-0544

USAA SAVINGS BANK
PO BOX 47504
SAN ANTONIO TX 78265

USAA SAVINGS BANK
CO CDGCSV70 023
PO BOX 1022
WIXOM MI 48393-1022

USAA SAVINGS BANK
CO CLIENT SERVICES
3451 HARRY S TRUMAN BLVD
SAINT CHARLES MO 63301-4047

USAA SAVINGS BANK
CO GC SERVICES LIMITED PART
6330 GULFTON
HOUSTON TX 77081-1108

CM/ECF E-SERVICE
UNITED STATES TRUSTEE    TPA713 7+
TIMBERLAKE ANNEX SUITE 1200
501 E POLK STREET
TAMPA FL 33602-3949

CM/ECF E-SERVICE
CHAD D HECKMAN +
HECKMAN LAW GROUP
PO BOX 12492
TALLAHASSEE FL 32317-2492

CM/ECF E-SERVICE
MICHAEL E CECIL +
JON M WAAGE CHAPTER 13 TRUSTEE
PO BOX 25001
BRADENTON FL 34206-5001

CM/ECF E-SERVICE
JON WAAGE +
P O BOX 25001
BRADENTON FL 34206-5001

CM/ECF E-SERVICE
MONIQUE E PARKER +
RABIN PARKER PA
28059 US HIGHWAY 19 NORTH SUITE 301
CLEARWATER FL 33761-2643

CM/ECF E-SERVICE
JAKE C BLANCHARD +
BLANCHARD LAW PA
1501 S BELCHER RD UNIT 2B
LARGO FL 33771-4505

CM/ECF E-SERVICE
ELIZABETH ECKHART +
SHAPIRO FISHMAN  GACHE
4630 WOODLAND CORPORATE BLVD
SUITE 100
TAMPA FL 33614-2429

CM/ECF E-SERVICE
MARK R WATSON JR+
RABIN PARKER PA
28059 US HIGHWAY 19 NORTH SUITE 301
CLEARWATER FL 33761-2643

CM/ECF E-SERVICE

NOTE  ENTRIES WITH A + AT THE END OF
THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN
CMECF